THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

Michael P. Shaw REFERENCE: CIV LR 5.4
(Rule Number/Section)
6033 W. Bethany Home Rd Suite #816
Glendale, AZ 85301
Shaw/Reagan 08

FILED ___ LODGED
___ RECEIVED ___ COPY
JAN 0 7 2008
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ P DEPUTY

CIV '08 0030 PHX EHC

11 pages
Page ①

United States District Court
District of Arizona
Sandra Day O'Connor United States Court House
401 W. Washington Street, Suite #130
Phoenix, AZ 85003

The God of Isreal
Michael P. Shaw
The God of Isreal-Christ
We the People
The military
The CIA
The FBI
ATF
DEA
Border Patrol Agents
(MIA') Across the world
(POW'S) Across the world

110th Congress
Local Law Enforcement Agents
Glendale Police Department
Phoenix Police Department
The Supreme Court
Homeland Security
All States and People In the United States, including, Canada, Mexico
Pureto Rico - Hawii - Alaska, Jamica, The Bahams
The Dixie Chick, The Airent Brotherhood, the Crips, Bloods
SA's, National Day labourer union

VS

Meg Allan / Val ur of
George H. Bush
Barbara Bush
Richard Cheney
Karl Rove
Scooter Libby
Lara Bush
George W. Bush
Colin Powell
Condelezza rice
Both Bush Admini
In the Past 7 years
Greyhound Bus Line there Employees From Iowa - Glendale AZ
Security At the Sandra Day O'Conn[or] Building Entran[ce]
State of New Hampshire Electi[on] Committee, Iowa Election Committe
E. Cabera of Phoenix Police

Paper reduction Act

Michael P. Shaw
1-9-08
623.204.2651

All understated

Michael P. Shaw

The GOD OF ISREAL

THE HOOD

The People President

We the People

70% Percent Of Americans

STAND DOWN SIR!!!

STAND DOWN

Page ©

|||
|!|
||(|

VS

Fox "10" News
LOCAl ? CABle
Channel 12
"NBC"
Channel 5
"CBS"

FOX News
10 - JOHN
HOOK - KAri lAk.
GreyHound Bus lines
RON Paul -
Mitt Romley -
MiKE HukABe -
Gov of ArKAnsas
BArrACK OBAmA -
OSAmA Bin lADEN'S
Family The King of
SAudi ArAbiA And the
PriACE of SAudih ArAbii
King of EGYPT
THE united NAtioNAl
Members unFriendly?
Only SuDAN, DurFur
Hugo CHevez - ADmDiADA

Proper Reduction Act

Un the Constitional of America, All Laws combine, Aforestated, Archived, Forgotten, Remembered, Passover, Revised, Outdated In Storage us The original Constitution written on Hemp Paper Stored up Hid to Hide the American People

The Fhe @1-3-08 Forefathers Had 1-9-08 /Aid Foundation
@ 1-5-07

And the Blue Print of America, America has Abandoned The Constitutional And, it time to return, un the Constitional Democratic republic of America, Fed, State City, Local, International

As An Born citizens of America I Place under Arrest!! on One count of obstruction

Page (3)

George H Bush Sr.
George W Bush Jr.
Barbara Bush
Lara Bush
Richard "Dick" Cheney
Lynne Cheney
Colin Powell
Condoleezza Rice
Both Bush Administration Including Ariel Fleishe
And Tony Snow Formely of Fox news
Grey Hound Bush Lines Inc
Airlines Across the world
Cigna Health Care CEO
Cigna Health Care CEO-President, CFO-COO All Members of Management

Of Justice
Crimes Against Humanity

All Insurance companies envolved in Hurricane Desaters Mike Brown Ray Nagin The Gov of Louisana the People of Louisiana
Mayor Phil Gordon Phoenix Mayor
Sheriff Joseph Arpio
John McCain

Paper Reduction Act

↓ continued

pg (4) The Republican National Committee For, Attempting to oppress Black CANADATES From Running No support The GOP ARE Racist Capitalist Durlics of Duty DeAD beat Parent Across America, the Republican Party since REAGAN HAS AND IS RACIST HATERS of Democracy I Ask the Court to Designate the Republican National Party A terriost organization today Right now please they HAVE Kept Me From A Fair Playing Field I Michael P. Shaw A Presidential Canbatee E/I Under my Second Amendent Freedom of Expression "Quote I Felt like A (Recaptured Slave)

Paper Reduction Act

From Barrack OBAMA People to The GOP side Ron Paul A lyar And back stabber A traitor to The republican Party A republican That has No Agenda For the Negro People, 30,000 Counts of For Kidnapping Greyhound bus lines inc.

George W Bush   George H Bush
    Crimes Against Humanity
Bill William JEFFERSON Clinton
    Durliction of Duty   Page 5

110th Congress Obstruction of Justice, Durliction of Duty The Supreme Court, We Are All Guilty of Destroying America AND I Have A Plan In Motion to

Paper reDuction Act

BlAnket Perfection to Congress, AND Pardon, immunity (1.9.08) from All Prosecution including AND not limited (1.9.08) to the Supreme Court I offer Diplomatic immunity to All members of Military convicted or on trial or Free for now AND for EVER. I offer Diplomatic immunity to All members of the 110th congress CIA, FBI, DEA, Homeland Security, Local Law Enforcement, Border Patrol agent convicted or Free or on trial, I OFFER this no matter the Evidence BusH HAS against you through the Patriot Act, FISA, FOIA, I AS President will Protect the American People AND our Quest, Allies Across the world, Fox New STAND Down George Bush STAND Down!!!

Richard cheney STAND Down!!!
Condoleezza Rice STAND DOWN!!!
Colin Powell STAND DOWN!!!

General Petrus - General Ababuzad Do you (1.09.08) ~~@1.9.08~~ HAve my BAck?

Page 6

CIA - Do you HAve MY BAck?
FBI - Do you HAve my BAck?
we the People - Do You HAve my BAck?
All Law Enforcement agencies Across America?
Hood the Ghetto Are You with me?

Patriot Act Redaction

623.435.3504
623.204.2651

SHAW / REAGAN 08. wetPAINT, com

Please Donate
www.PAYPAL.com

SHAW / REAGAN 08. wetPAINT, com

www.PAYPAL.com

623.204.2651

SHAW / REAGAN 08. wetPAINT, com

SHAW / REAGAN 08 @ yahoo, com

Paper Regustion Act

Michael P.Shaw

SHAW / REAGAN 08 wetPAINT, com

Page ⑦

I am calling for a Constitutional Democratic Republican Coupe on the Bush Administration on the 12 Day of January I will hold A Press Conference to Disclosed During Q & A Session After Blanket Statment At which Time I will be Acting President of the United States until The 110th Congress can Hold An Emergency Session to Swear In NANCY PELOSI and HARRY REID In As President and Vice President of the United States of America until then I will Ask the US Marines to Escort George W Bush And His Henchmen to Fort Knox, Richard Cheney should Be remanded Into custody In Colorado Max Security Prison, Colin Powell Pelican Bay Condulezza Rice to be remanded Into Custody By the Arizona Womens Department of Correction I Ask Congress And the Military to move Swiftly under the Constitution of America to Back

paper redacted text

No the Constitutional Democrats Republican We the People 70% of Americans Has Spoken George W. Bush on Behalf of the United States of America And the Good For the world Stability. STAND

Page 9

DOWN

Sir !!!!!!

Paper McDougal Art

SHAW REAGAN 08

623-435-3509

WETPAINT.com

SHAWREAGAN08wetpaint.com

Michael P. Shaw 4 President @ YAHoo.com

623.204.2651

Paper Accountant Apt

Page 10

